AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| Kenneth G. Hansen, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:04-CV-867 TS |
| Marc S. Jenson, et al. ) | |
| *Defendant* ) | |

**MC 09 - 0100 PHX**

FILED ☑   LODGED ___
RECEIVED ___   COPY ___

SEP 1 4 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __05/20/2009__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 9/12/09

D. MARK JONES
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| KENNETH G. HANSEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MARC S. JENSON, et al., <br><br> Defendants. | DEFAULT JUDGMENT AGAINST SPENCER BRANNAN <br><br><br> Case No. 2:04-CV-867 TS |

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Judgment is entered against Spencer Brannan on the Tenth Claim for Relief in Plaintiffs' Second Amended Complaint in the amount of $2,148,000, plus reasonable attorney's fees and interest accrued at a rate of 12% per annum.

2. Judgment is entered against Spencer Brannan on the Eleventh Claim for Relief in Plaintiffs' Second Amended Complaint in the amount of $2,085,444.43.

3. Judgment is entered against Spencer Brannan for attorney's fees and costs in the amount of $39,942.06.

4. Prejudgment interest at a rate of 10% per year and post-judgment interest at a rate of .68% per year is awarded.

1

DATED   May 20, 2009.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge

Stephen J. Hill (1493)
Robert B. Lochhead (1986)
Jenifer L. Tomchak (10127)
**PARR BROWN GEE & LOVELESS, P.C.**
185 South State Street, Suite 800
Salt Lake City, Utah  84111-1537
Telephone:  (801) 532-7840
Facsimile:   (801) 532-7750

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID RUTTER, an individual; TODD FISHER, an individual; FIBERTEL, INC., a Utah Corporation; K&D DEVELOPMENT, L.C., a Utah Limited Liability Company; and DOUGLAS A. SMITH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MARC S. JENSON, an individual; MSF PROPERTIES, LC, a Utah limited liability company; BANK ONE, N.A., a national banking association; MARK ROBBINS, an individual; MADTRAX GROUP, LLC, a Utah limited liability company; SPENCER BRANNAN, an individual; and FIRST WASATCH DEVELOPMENT, INC., a Nevada corporation, and DOES 1-50,<br><br>Defendants. | **REQUEST TO REGISTER DEFAULT JUDGMENT AGAINST SPENCER BRANNAN**<br><br><br>Case No. 2:04-cv-00867-TS-BCW<br><br>Honorable Ted Stewart<br>Magistrate Judge Brook C. Wells |

TO:  The Clerk of the United States District Court for the District of Arizona:

303653

You are requested to register promptly in your district pursuant to 28 U.S.C.A. § 1963 a judgment rendered and entered in a civil action, Docket No. 2:04-CV-867 TS, by the United States District Court for the District of Utah, Central Division. The judgment was entered on May 20, 2009, in favor of Plaintiffs (on whose behalf the registration is requested) and against Spencer Brannan, Defendant. The judgment is for the recovery of money, as more fully shown by the attached certified copy of the judgment. The judgment is a final judgment in that no appeal was ever taken from the judgment and the time therefore such appeal has expired.

You are requested to notify the undersigned, attorney for Plaintiffs, at the address set out below as soon as the registration is effected in order that enforcement of the judgment in your district may be expedited.

RESPECTFULLY SUBMITTED this 9th day of September 2009.

**PARR BROWN GEE & LOVELESS, P.C.**

By: \s\ Stephen J. Hill
Stephen J. Hill
Jenifer L. Tomchak
*Attorneys for Plaintiffs K&D Development, LC, David Rutter, Todd Fisher, and Douglas Smith*

PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

303653                                        2